MARY CARP, as Administratrix of the Estate of DAVID CARP, Deceased, Appellant, *v.* ALLEN J. WILSON, Doing Business under the Name of A. TOWLE & Co., Respondent.

Argued November 30, 1939; decided December 28, 1939.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.